UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIE BERRY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-6749** |
| **N. BURL CAIN, WARDEN** | **SECTION "I" (6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Willie Berry, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Willie Berry for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of March, 2008.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE